Harkless A. FOSSIE, Plaintiff–Appellant,

v.

Jerry G. MONETTE; Horace Gaddy; Craven County Confinement Facility, Defendants–Appellees.

No. 01–6109.

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided July 31, 2001.

Harkless A. Fossie, pro se.

Before WILKINS, LUTTIG and TRAXLER, Circuit Judges.

PER CURIAM.

Harkless A. Fossie, a North Carolina inmate, appeals the district court's order

---

denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Fossie v. Monette*, No. CA-00-738-5-2-BR (E.D.N.C. Nov. 14, 2000). Further, we deny Fossie's motion for appointment of counsel, his motion for assistance in payment of filing fees, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*